UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DR MANAGEMENT, LLC ET AL

      Plaintiff(s),

  v.

UNITED STATES OF AMERICA, ET AL

      Defendant(s).
_____/

No. C 05-01010 MMC (EDL)

ORDER DENYING IN PART REQUEST
TO EXCUSE ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated August 17, 2006, the three named Plaintiffs in this case requested to be excused from personally appearing at the settlement conference scheduled for August 30, 2006. No opposition was filed by the Defendant.

Upon consideration of the request, the Court denies in part the request to excuse personal attendance by all three named Plaintiffs. One of the named Plaintiffs, having full settlement authority, is hereby ORDERED to appear in person at the settlement conference. The other two named Plaintiffs are excused from appearing in person, but must be available by telephone until the conclusion of the settlement conference.

SO ORDERED.

Dated: August 22, 2006

                                              _____
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge