IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC ET AL, | No. C-05-01010 MMC (EDL) |
| Plaintiff, | **ORDER DENYING PLAINTIFFS' REQUEST FOR RECONSIDERATION** |
| v. | |
| UNITED STATES OF AMERICA, ET AL, | |
| Defendant. | |

On August 17, 2006, Plaintiffs requested to be excused from personally appearing at the August 30, 2006 settlement conference. On August 22, 2006, the Court granted the request in part and ordered only one of the Plaintiffs to appear personally at the conference. On August 24, 2006, Plaintiffs asked the Court to reconsider. The Court believes Plaintiffs' participation as ordered is necessary. The Court hereby denies the request to reconsider its prior order requiring one of the Plaintiffs to appear personally at the settlement conference on August 30, 2006.

**IT IS SO ORDERED.**

Dated: August 28, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge