**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendant.<br>_____/ | No. C-05-01010 MMC (EDL)<br><br>**ORDER FOLLOWING SETTLEMENT CONFERENCE** |

Following the settlement conference held on August 30, 2006, plaintiff shall prepare the written offer to settle embodying the terms discussed at the settlement conference and submit the offer to defense counsel by September 13, 2006, with a copy to Magistrate Judge Laporte. The government shall respond according to the schedule discussed and shall keep Magistrate Judge Laporte informed of any developments.

**IT IS SO ORDERED.**

Dated: August 31, 2006

                                          _Elizabeth D. Laporte_
                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge