| | |
|---|---|
| 1 | ROBERT D. INFELISE (State Bar No. 93876) |
| | rinfelise@coxcastle.com |
| 2 | MONALI S. SHETH (State Bar No. 239511) |
| | msheth@coxcastle.com |
| 3 | COX, CASTLE & NICHOLSON LLP |
| | 555 Montgomery Street, 15th Floor |
| 4 | San Francisco, California 94111-2585 |
| | Telephone: (415) 392-4200 |
| 5 | Facsimile: (415) 392-4250 |
| 6 | Attorneys for Plaintiffs |
| 7 | |
| | KEVIN V. RYAN (CSBN 118321) |
| 8 | United States Attorney |
| | JAY R. WEILL (CSBN 75434) |
| 9 | Assistant United States Attorney |
| | Chief, Tax Division |
| 10 | 10th Floor Federal Building |
| | 450 Golden Gate Avenue, Box 36055 |
| 11 | San Francisco, California 94102 |
| | Telephone: (415) 436-7017 |
| 12 | Facsimile: (415) 436-6748 |
| 13 | ROBERT J. HIGGINS (D.C. Bar No. 242966) |
| | Trial Attorney, U.S. Department of Justice |
| 14 | BART D. JEFFRESS (CT Juris No. 419184) |
| | Trial Attorney, U.S. Department of Justice |
| 15 | 555 4th St., N.W. |
| | Room 8816 |
| 16 | Washington, D.C. 20001 |
| | Telephone: (202) 307-6580 |
| 17 | Facsimile: (202) 514-9440 |
| | Email: robert.j.higgins@usdoj.gov |
| 18 | |
| | Attorneys for Defendant |
| 19 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | | |
|---|---|---|
| 22 | DR MANAGEMENT, LLC, a Delaware ) | Case No. 05-1010 MMC |
| | limited liability company; DR ) | |
| 23 | ACQUISITIONS I, LLC, a Delaware ) | |
| | limited liability company; DR HOLDINGS, LLC, a ) | |
| 24 | Delaware limited liability company; ) | |
| | JENNIFER LIN; FREDERICK LIN; and ) | STIPULATION FOR STAY OF |
| 25 | KEVIN LIN, ) | PROCEEDINGS; ORDER THEREON |
| | ) | |
| 26 | Plaintiffs, ) | |
| | ) | |
| 27 | v. ) | |
| | ) | |
| 28 | UNITED STATES OF AMERICA et. al., ) | |

-1-   Stipulation for Stay of Proceedings

1
2  Defendants.                )
                              )
3  _____ )

4        Pursuant to Civil L. R. 7-1(5) and 7-12, the parties hereby stipulate and agree
5  that all proceedings, including discovery, in the above-captioned action shall be stayed
6  pending the outcome of settlement negotiations.
7        Following the settlement conference held on August 30, 2006 before Magistrate
8  Judge Elizabeth D. Laporte and pursuant to the Magistrate's ensuing Order [Doc. #16],
9  plaintiffs submitted a written settlement offer to defendant on September 13, 2006.
10 Defendant is now processing the offer in accordance with the standard procedures of
11 the Department of Justice.
12       To permit negotiations on settlement to move forward and promote the potential
13 settlement of this case, the parties request the Court now stay all proceedings, including
14 discovery.  If the case settles, a stay will avoid unnecessary expenditure of substantial
15 party and judicial resources on discovery and trial.
16       In accord with Magistrate Judge Laporte's Order [Doc. #16], during the stay,
17 defendant will keep the Magistrate informed of any developments.  In addition, if, at any
18 time, it appears that reasonable progress towards settlement is not being made, the
19 parties will contact the Court to reinitiate discovery and trial of this case.

1  THEREFORE, it is stipulated and agreed by the undersigned that all
2  proceedings, including discovery, in these actions be STAYED pending the outcome of
3  settlement negotiations.

<u>FOR THE PLAINTIFFS</u>

        Robert D. Infelise
        Monali S. Sheth
        Cox, Castle & Nicholson LLP

Date: October 4, 2006        By  s/Robert D. Infelise
        Robert D. Infelise
        Attorneys for Plaintiffs

<u>FOR THE UNITED STATES</u>

        UNITED STATES ATTORNEY
        Kevin V. Ryan, Esq.
        Jay R. Weill, Esq.
        Robert J. Higgins, Esq.
        Bart D. Jeffress, Esq.

Date: October 5, 2006        By s/Robert J. Higgins
        Robert J. Higgins
        Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED, and, in addition, the status conference scheduled for October 27, 2006 is continued to February 2, 2007.  A joint status conference statement shall be filed no later than January 26, 2007.

Date: October 6, 2006        _____
        MAXINE M. CHESNEY
        United States District Judge