1  Robert D. Infelise (State Bar No. 93876)
    Email: rinfelise@coxcastle.com
2  Monali S. Sheth (State Bar No. 239511)
    Email: msheth@coxcastle.com
3  Cox, Castle & Nicholson LLP
   555 Montgomery Street, 15th Floor
4  San Francisco, California 94111-2585
   Telephone: (415) 392-4200
5  Facsimile:  (415) 392-4250

6  Attorneys for Plaintiffs

7
   KEVIN V. RYAN (CSBN 118321)
8  United States Attorney
   JAY R. WEILL (CSBN 75434)
9  Assistant United States Attorney
   Chief, Tax Division
10 CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
11        10th Floor Federal Building
          450 Golden Gate Avenue, Box 36055
12        San Francisco, California 94102
          Telephone:    (415) 436-7017
13        Facsimile:    (415) 436-6748

14 ROBERT J. HIGGINS (D.C. Bar No. 242966)
   Trial Attorney, U.S. Department of Justice
15 BART D. JEFFRESS (CT Juris No. 419184)
   Trial Attorney, U.S. Department of Justice
16        555 4th St., N.W.
          Room 8816
17        Washington, D.C. 20001
          Telephone:    (202) 307-6580
18        Facsimile:    (202) 514-9440
          Email: robert.j.higgins@usdoj.gov
19
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| DR MANAGEMENT, LLC, a Delaware limited liability company; DR ACQUISITIONS I, LLC, a Delaware limited liability company; DR HOLDINGS, LLC, a Delaware limited liability company; JENNIFER LIN; FREDERICK LIN; and KEVIN LIN,<br><br>Plaintiffs, | Case No. 05-1010 MMC<br><br>ORDER RE:<br><br>JOINT STATUS CONFERENCE STATEMENT AND MOTION TO CONTINUE STATUS CONFERENCE |

-1-   Joint Status Conf Statement and
      Motion to Continue Status Conf.
      Case No. 05-1010 MMC

| | | |
|---|---|---|
| 1 | v. | ) |
| 2 | UNITED STATES OF AMERICA et. al., | ) |
| 3 | Defendants. | ) |
| 4 | _____ | ) |

By order dated October 6, 2006, *see Order* [Doc. #18], the Court stayed all proceedings in the above-captioned action pending the outcome of settlement negotiations, required this joint status conference statement, and continued a status conference to February 2, 2007.  The parties hereby report on the status of settlement negotiations and request the Court to continue the February status conference.

Pursuant to Magistrate Judge Elizabeth D. Laporte's Order [Doc. #16], plaintiffs submitted a written settlement offer to defendant on September 13, 2006.  Since that time, defendant has been processing the offer in accordance with the standard procedures of the Department of Justice.   Tthe offer is now being considered by the Tax Division's Office of Review.

In connection with plaintiffs' offer to settle this case, plaintiffs are attempting to resolve issues with the IRS for tax years not in suit that involve transactions related to the one in this case and, in some instances, transactions concerning different parcels of the land. Plaintiffs' and the governments' desire for a global settlement of all related tax liabilities necessitates coordination between plaintiffs, defendant, and the IRS, and therefore will require a longer period than otherwise necessary for negotiations.

While settlement of this case remains only a possibility, the parties have made substantial progress and wish to continue their efforts.  In this regard, the parties believe it would be a

more efficient use of their resources to focus on settlement rather than attend a status conference, and therefore believe the case status conference scheduled for February 2, 2007, can be continued at this time.

<u>FOR THE PLAINTIFFS</u>

Cox, Castle & Nicholson LLP

Date: January 25, 2007       By s/Robert D. Infelise
    Robert D. Infelise
    Attorneys for Plaintiffs

<u>FOR THE UNITED STATES</u>

UNITED STATES ATTORNEY
    Kevin V. Ryan, Esq.
    Jay R. Weill, Esq.
    Cynthia Stier, Esq.
    Robert J. Higgins, Esq.
    Bart D. Jeffress, Esq.

Date: January 26, 2007       By s/Robert J. Higgins
    Robert J. Higgins
    Attorneys for Defendant

PURSUANT TO THE PARTIES' JOINT MOTION, IT IS SO ORDERED, and the Status Conference is CONTINUED to March 30, 2007. A joint status conference statement shall be filed no later than March 23, 2007.

Date: January 29, 2007

MAXINE M. CHESNEY
United States District Judge

-3-       Joint Status Conf Statement and
Motion to Continue Status Conf.
Case No. 05-1010 MMC