IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DR MANAGEMENT, LLC, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants
                                                      /

No. C-05-1010 MMC

**ORDER DENYING PARTIES' JOINT MOTION TO CONTINUE STATUS CONFERENCE**

Before the Court is the parties' Joint Status Conference Statement and Motion to Continue Status Conference, filed March 22, 2007. The motion is based on assertedly continuing settlement discussions.

On October 6, 2006, the parties jointly represented to the Court that plaintiffs had submitted a written offer to defendant on September 13, 2006 and that defendant was "now processing the offer in accordance with the standard procedures of the Department of Justice." From the date such offer was submitted, more than six months have elapsed without a settlement having been reached.

Under such circumstances, the Court hereby DENIES the motion to continue the Status Conference. The parties shall appear on March 30, 2007 as previously ordered, and be prepared to discuss the trial schedule, which, to date, remains as initially set.

**IT IS SO ORDERED.**

Dated: March 27, 2007

MAXINE M. CHESNEY
United States District Judge