IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al.,<br><br>   Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant<br>_____/ | No. C 05-1010 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL FURTHER PRODUCTION IN RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS** |

Pursuant to Civil Local Rule 72-1, defendant's "Motion to Compel Further Production in Response to Defendant's Fourth Request for Production of Documents," filed August 10, 2007, and all further discovery disputes, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.[1]

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: August 13, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The September 14, 2007 hearing noticed before the undersigned is VACATED.