IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

The Court is in receipt of Plaintiffs' counsel's letter requesting a telephonic conference for the purpose of resolving the scheduling of a third-party deposition. The Court GRANTS the request and hereby SCHEDULES a telephonic conference on September 11, 2007 at 11:30 a.m. The parties shall jointly call the Court at 11:30 a.m. at (415) 522-4698.

**IT IS SO ORDERED.**

Dated: September 10, 2007

MARIA-ELENA JAMES
United States Magistrate Judge