United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: DEPOSITIONS** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

On September 11, 2007, the Court held a telephonic discovery conference. Peter Morrisette appeared on behalf of Plaintiffs and Robert Higgins appeared on behalf of the United States. Pursuant to the agreement reached by the parties, the 30(b)(6) IRS deposition shall take place on September 12, 2007 at 9:30 a.m., and the deposition of Ted Fairfield shall take place on September 13, 2007 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: September 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge