IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER FOR ROBERT HIGGINS TO PROVIDE DECLARATION TO PLAINTIFFS' COUNSEL** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

On September 12, 2007, the Court held a telephonic discovery conference. Peter Morrisette, Robert Infelise, and Scott Lichtig appeared on behalf of Plaintiffs, and Robert Higgins appeared on behalf of the United States. Pursuant to the agreement reached by the parties, Robert Higgins shall provide a declaration to Plaintiffs' counsel stating that all facts (but not its reasoning) related to the IRS' decision have been provided to Plaintiffs.

**IT IS SO ORDERED.**

Dated: September 12, 2007

MARIA-ELENA JAMES
United States Magistrate Judge