IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: UNILATERAL DISCOVERY LETTER** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

The Court is in receipt of Defendant's unilateral discovery letter, filed September 26, 2007. (Doc. #41.) As the letter does not comply with the undersigned's discovery standing order, the Court shall not consider it. If a dispute remains, Defendant shall comply with the standing order.

**IT IS SO ORDERED.**

Dated: October 3, 2007

MARIA-ELENA JAMES
United States Magistrate Judge