IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: DECLARATION OF WILLIAM GODDARD** |
| UNITED STATES OF AMERICA, | **ORDER CONTINUING DISPOSITIVE MOTION DEADLINE** |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Letter Regarding Deposition of William Goddard. (Doc. #40.) Upon review of the letter, the Court finds good cause exists to permit Goddard's deposition in Portugal past the discovery deadline. Accordingly, Plaintiffs have until November 16, 2007 to complete the deposition. Further, the deadline for filing summary judgment motions is continued to December 14, 2007.

**IT IS SO ORDERED.**

Dated: October 9, 2007

MARIA-ELENA JAMES
United States Magistrate Judge