IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: INADVERTENT PRODUCTION OF PRIVILEGED DOCUMENTS** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Letter Regarding Inadvertent Production of Privileged Documents. (Doc. #48.) As Plaintiffs have provided Defendant with replacement electronic disks correcting the inadvertent production, the Court ORDERS Defendant to return the original production disks.

**IT IS SO ORDERED.**

Dated: October 9, 2007

MARIA-ELENA JAMES
United States Magistrate Judge