**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: DEFENDANT'S SECOND REQUESTS FOR ADMISSIONS AND FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Letter Regarding Defendant's Second Requests for Admissions and Fifth Request for Production of Documents. (Doc. #49). Upon review of the parties letter, the Court finds good cause exists and ORDERS Plaintiffs to either admit or deny the requests as they pertain to the first three notes (exhibits A-C of the Second Request). If Plaintiffs deny or partially deny any of the requests, they shall provide any documents that support the denial or partial denial. Plaintiffs shall respond with 21 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: October 9, 2007

MARIA-ELENA JAMES
United States Magistrate Judge