IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: DEFENDANT'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). / | |

    The Court is in receipt of the parties' Joint Letter Regarding Defendant's Third Request for Production of Documents. (Doc. #44). For the reasons stated by Plaintiffs in the letter, and because Defendant fails to rebut their reasons, the Court DENIES Defendant's request for further responses.

    **IT IS SO ORDERED.**

Dated: October 9, 2007

                                                         MARIA-ELENA JAMES
                                                          United States Magistrate Judge