IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE: DEFENDANT'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Letter Regarding Defendant's Fourth Request for Production of Documents. (Doc. #42). The Court finds, in its discretion, that waiver of the attorney-client privilege is unwarranted by the facts. Accordingly, the Court DENIES Defendant's request to deem the privilege waived.

**IT IS SO ORDERED.**

Dated: October 9, 2007

MARIA-ELENA JAMES
United States Magistrate Judge