IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DR MANAGEMENT, LLC, et al.,

    Plaintiff(s),

 vs.

UNITED STATES OF AMERICA,

    Defendant(s).

No. C 05-1010 MMC (MEJ)

**ORDER RE: KATHY ADAMS DOCUMENT PRODUCTION PRIVILEGE LOG**

    The Court is in receipt of the parties' Joint Letter Regarding the Kathy Adams Document Production Privilege Log. (Doc. #43). As Plaintiffs produced unredacted invoices prior to 2005 and only redacted those invoices for the period after which Kathy Adams' services were engaged in preparation of litigation, the Court DENIES Defendant's request for Plaintiffs to produce unredacted invoices.

    **IT IS SO ORDERED.**

Dated: October 9, 2007

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge