IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al.,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant(s).<br>_____ / | No. C 05-1010 MMC (MEJ)<br><br>**ORDER RE: PLAINTIFFS' UPDATED PRIVILEGE LOGS** |

　　　　The Court is in receipt of the parties' Joint Letter Regarding Plaintiffs' Updated Privilege Logs. (Doc. #45). In the request, Defendant argues that Plaintiffs have improperly redacted certain attorney invoices. Plaintiffs respond that they only redacted the narrative description of the invoices. The Court finds that such redaction is permissible. Accordingly, Plaintiffs shall serve on Defendant a declaration attesting that only the narrative description of the invoices were redacted, and that such redaction is in compliance with the restrictions of *Clarke v. American Commerce Nat'l Bank*, 974 F.2d 127 (9th Cir. 1993). If Defendant still contends that the redactions were improper, the parties shall jointly choose a special master for the purpose of reviewing the invoices in camera, with any expenses to be equally shared by the parties.

　　　　**IT IS SO ORDERED.**

Dated: October 9, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge