**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DR MANAGEMENT, LLC, et al.,                    No. C 05-1010 MMC (MEJ)

12            Plaintiff(s),

13     vs.                                          **ORDER RE: DEPOSITION OF
                                                    WILLIAM GODDARD**
14   UNITED STATES OF AMERICA,

15            Defendant(s).
                                           /
16

17

18          The Court is in receipt of the parties' second joint letter regarding the deposition of William

19   Goddard.  (Doc. #62.)  Upon review of the letter, the Court finds good cause exists to permit

20   Goddard's deposition in Portugal, as previously ordered.  Plaintiffs shall be permitted five hours and

21   Defendant shall be permitted two hours of deposition time.  The deadline for completion of the

22   deposition shall remain November 16, 2007.

23          **IT IS SO ORDERED.**

24

25   Dated: October 22, 2007          _____

26                                     MARIA-ELENA JAMES
                                       United States Magistrate Judge
27

28