IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | AMENDED |
| vs. | **ORDER REQUESTING FURTHER BRIEFING** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

The Court is in receipt of the parties' Joint Letter Regarding Government's Declaration Concerning Testimony of Witness. (Doc. #48.) Upon review of the letter, the Court requests that the parties provide further briefing on this issue. Accordingly, Plaintiffs shall file a letter, up to three pages in length, addressing the issues raised in their portion of the joint letter and providing legal authority in support thereof. Plaintiffs shall file their letter by October 24, 2007. Defendant shall file any response by October 31, 2007.  Defendants response shall be no more than 3 pages.

**IT IS SO ORDERED.**

Dated: October 22, 2007

MARIA-ELENA JAMES
United States Magistrate Judge