IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC |
| Plaintiffs, | **ORDER CONTINUING STATUS CONFERENCE; SETTING DEADLINE FOR PLAINTIFFS TO FILE RESPONSE TO DEFENDANTS' MOTION FOR ENLARGEMENTS OF PRETRIAL DATES AND TRIAL DATES** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants / | |

On October 23, 2007, defendant United States filed a "Motion for Enlargements of Pretrial Dates and the Trial Date," pursuant to Civil Local Rule 6.  On October 24, 2007, plaintiffs filed "Objections to United States' Motion for Enlargements of Pretrial Dates and the Trial Date," in which plaintiffs request that the Court either "ignore the motion and order the defendant to file a properly noticed motion" or "set a hearing date and briefing schedule to allow the plaintiffs to fully brief and oppose the motion in accordance with Local Civil Rule 7."  Essentially, plaintiffs request an opportunity to file a response to defendant's motion on a date later than October 26, 2007, the date opposition would be required under Civil Local Rule 6-3(c).

Having considered plaintiffs' request, the Court hereby CONTINUES the Status Conference in the above-titled matter from November 2, 2007, at 10:30 a.m., to November 9, 2007, at 9:00 a.m., at which time the Court will address defendant's motion.

Accordingly, plaintiffs are hereby DIRECTED to file any response to defendant's motion no later than November 2, 2007, and to provide a chambers copy thereof no later than 4:00 on that date.

**IT IS SO ORDERED**.

Dated: October 26, 2007

MAXINE M. CHESNEY
United States District Judge