IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants | No. C 05-1010 MMC<br><br>**ORDER DENYING APPEAL OF MAGISTRATE JUDGE'S ORDER REGARDING DEPOSITION OF WILLIAM GODDARD** |

Before the Court is defendant United States' "Appeal of Magistrate Judge Maria Elena James' Order Regarding Deposition of William Goddard [Doc. # 63]," filed November 2, 2007. Having fully considered the matter, the Court hereby DENIES the objection, for the reason defendant has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).[1]

**IT IS SO ORDERED**.

Dated: November 7, 2007

MAXINE M. CHESNEY
United States District Judge

---

[1] This order is without prejudice to defendant's moving to exclude the deposition testimony of William Goddard if, as a result of time limitations, any refusal by the witness to answer relevant questions posed by defendant, or otherwise, defendant can establish it was deprived of an adequate opportunity to cross-examine Goddard. See, e.g., Fed. R. Evid. 804(b)(1) (providing deposition testimony of unavailable witness may be offered against party if party "had an opportunity" to cross-examine witness at deposition).