IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DR MANAGEMENT, LLC, et al.,

        Plaintiff(s),

  vs.

UNITED STATES OF AMERICA,

        Defendant(s).

No. C 05-1010 MMC (MEJ)

**ORDER PERMITTING ALTERNATIVE MEET AND CONFER PROCEDURE**

    The Court is in receipt of Plaintiffs' letter requesting an alternative meet and confer procedure to address their request to extend the deadline to complete the deposition of third-party witness William Goddard. The Court GRANTS Plaintiff's request and ORDERS the parties to meet and confer by telephone no later than November 21, 2007. If the parties are able to reach an agreement, they shall file a joint stipulation to extend the deadline. If unable to reach an agreement, they shall file a joint letter in compliance with the undersigned's discovery standing order.

    **IT IS SO ORDERED.**

Dated: November 15, 2007

MARIA-ELENA JAMES
United States Magistrate Judge