IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DR MANAGEMENT, LLC, et al.,

    Plaintiff(s),

 vs.

UNITED STATES OF AMERICA,

    Defendant(s).

No. C 05-1010 MMC (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION; ORDER TO PROVIDE AVAILABILITY**

The Court is in receipt of Plaintiffs' request to fashion an alternative meet and confer procedure. (Doc. #84.) Given the previous discovery disputes in this matter, the Court finds an in-person meet and confer session necessary. Accordingly, the parties shall file a joint statement of availability for a courtroom meet and confer session. The parties shall file their statement by January 11, 2008.

**IT IS SO ORDERED.**

Dated: January 4, 2008

MARIA-ELENA JAMES
United States Magistrate Judge