IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR MANAGEMENT, LLC, et al., | No. C 05-1010 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER SCHEDULING COURTROOM MEET AND CONFER SESSION** |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | |

Having reviewed the parties' availability for an in-person meet and confer session, the Court ORDERS the parties to appear on February 1, 2008 at 10:00 a.m. The meet and confer session shall take place in the undersigned's chambers, located on the 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Counsel shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

At the session, the parties shall come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order and said letter shall be presented by the parties for filing at the conclusion of the session. Each dispute shall be addressed in a separate letter. The parties shall bring with them one laptop and an auxiliary storage medium, such as a flash drive, thumb drive, or diskette, to use in drafting any necessary letter(s).

**IT IS SO ORDERED.**

Dated: January 14, 2008

MARIA-ELENA JAMES
United States Magistrate Judge