1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DR MANAGEMENT, LLC, et al.,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA, et al.,

        Defendants

_____/

No. C 05-1010 MMC

**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 25 PAGES; STRIKING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

     Before the Court is defendant's motion, filed January 11, 2008, for "Leave to File a Memorandum in Excess of 25 Pages in Support of Its Motion for Summary Judgment." Essentially simultaneously therewith, defendant filed its Motion for Summary Judgment, the memorandum in support of which motion exceeds by 33 pages the page limit provided by the Civil Local Rules of this District.  See Civil L.R. 7-2(b).  Plaintiffs thereafter filed opposition to the motion to file the oversize memorandum, to which opposition defendant has filed a reply.

     The Court, having reviewed the above-referenced memorandum, finds defendant's arguments can be made in fewer in 58 pages.  Although the "Statement of Facts" section proceeds for 34 pages, the "Argument" section makes specific reference to only a small portion of the facts contained in the "Statement of Facts."  Moreover, the Statement of Facts contains a considerable amount of editorialization.  Further, it is unclear whether all

of the "facts" referenced in defendant's memorandum are undisputed.

Lastly, to the extent any relief from the 25-page limit arguably is warranted, such relief should have been sought well in advance of the deadline for filing dispositive motions, to allow the Court adequate time to address such request without adversely affecting the briefing schedule and, potentially, the trial date.

Accordingly, defendant's motion to file its 58-page memorandum is hereby DENIED and its motion for summary judgment is hereby STRICKEN.[1]

If, after considering the parties' respective submissions in support of and in opposition to plaintiffs' motion for summary judgment, the Court determines plaintiffs are not entitled to such judgment, and it further appears to the Court that no triable issue exists with respect to plaintiffs' entitlement to the relief they seek, the Court at that time will consider allowing defendant to file a motion for summary judgment.

**IT IS SO ORDERED**.

Dated:  January 17, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1]On January 14, 2008, defendant filed a motion seeking leave to file, one court day late, the exhibits in support of its motion for summary judgment; said motion is hereby DENIED as moot.