1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-T780)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
       9th Floor Federal Building
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone:   (415) 436-7017
       Facsimile:   (415) 436-6748
7
   ROBERT J. HIGGINS (D.C. Bar No. 242966)
8  Trial Attorney, U.S. Department of Justice
   BART D. JEFFRESS (CT Juris No. 419184)
9  Trial Attorney, U.S. Department of Justice
       555 4th St., N.W., Room 8816
10     Washington, D.C. 20001
       Telephone:   (202) 307-6580
11     Facsimile:   (202) 514-9440
       Email: robert.j.higgins@usdoj.gov
12
   Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| DR MANAGEMENT, LLC, a Delaware limited liability company; DR ACQUISITIONS I, LLC, a Delaware limited liability company; DR HOLDINGS, LLC, a Delaware limited liability company; JENNIFER LIN; FREDERICK LIN; and KEVIN LIN, <br><br>    Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA et. al., <br><br>    Defendants. | Case No. 05-01010 MMC <br><br>ORDER GRANTING <br><br>Defendant United States of America's Motion to Remove Incorrectly Filed Documents |

During summary judgment briefing, defendant filed three documents without proper redactions of personal identifiers (contrary to Gen. Or. 53): (1) Document #100-7; (2) Document #102-10; and (3) Document #107-6. Defendant contacted the Court's ECF Help Desk regarding the mistakes, and the three documents were (and remain) "locked." (Defendant re-filed each of the three documents with proper redactions (*see* Doc. ##115(&128-7), 130-10, 134-6)).

Guidance received from the Court's ECF Help Desk and the answer to frequently asked questions HW10 posted on the Court's website direct the filing of this motion. Accordingly, defendant hereby moves the Court to order each of the following three documents removed from the ECF system: (1) Document #100-7; (2) Document #102-10; and (3) Document #107-6.

UNITED STATES ATTORNEY
Joseph P. Russoniello, Esq.
Thomas Moore, Esq.
Cynthia Stier, Esq.
Robert J. Higgins, Esq.
Bart D. Jeffress, Esq.

Date: February 4, 2008      By s/Robert J. Higgins
                            Robert J. Higgins
                            Attorneys for Defendant

DATED: February 5, 2008

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA