Robert D. Infelise (State Bar No. 93876)
Peter M. Morrisette (State Bar No. 209190)
Cox, Castle & Nicholson LLP
555 California Street, 10th Floor
San Francisco, California 94104-1513
Telephone:     (415) 392-4200
Facsimile:      (415) 392-4250
rinfelise@coxcastle.com

Attorneys for the plaintiffs,
DR Management, LLC; DR Acquisitions I, LLC; DR Holdings,
LLC; Jennifer Lin; Frederick Lin; and Kevin Lin

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney, Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000; Facsimile: (415) 436-6748

ROBERT J. HIGGINS (DCBN 242966)
Trial Attorney, U.S. Department of Justice
BART D. JEFFRESS (CTBN 419184)
Trial Attorney, U.S. Department of Justice
555 4th Street., N.W., Room 8816
Washington, D.C. 20001
Telephone: (202) 307-6580; Facsimile: (202) 514-9440
Email: robert.j.higgins@usdoj.gov

Attorneys for the defendant United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DR MANAGEMENT, LLC, *et al.*, | **Case No. 05-01010 MMC** |
| Plaintiffs, | |
| vs. | **SECOND STIPULATION TO CONTINUE TRIAL DATE AND SUMMARY JUDGMENT MOTION HEARING DATE; ~~PROPOSED~~ ORDER** |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
SAN FRANCISCO

48041\116613v2

- 1 -

CASE NO. 05-01010 MMC
SECOND STIPULATION TO CONTINUE TRIAL DATE
AND HEARING ON SJM; [PROPOSED] ORDER

This stipulation between the plaintiffs (DR Management, LLC; DR Acquisitions, LLC; DR Holdings, LLC; Jennifer Lin; Frederick Lin; and Kevin Lin) and the defendant (the United States of America) is based on the following facts:

**RECITALS**

1. On February 7, 2008, the plaintiffs and the defendant filed a stipulation (Document 145) (i) notifying this Court that the parties had reached a tentative settlement and (ii) requesting that this Court continue the trial date and summary judgment hearing no less than four months so at to provide the defendant with sufficient time to secure the necessary approvals from the Department of Justice and the Internal Revenue Service and prepare the settlement papers.

2. The stipulation filed by the plaintiffs and the defendant proposed a trial date of July 30, 2008.

3. On February 8, 2008, this Court issued an order (Document 146) approving in part the stipulation to continue the trial date and summary judgment hearing date, and set the following revised calendar in this action:

- Summary Judgment Motion Hearing: June 20, 2008
- Pretrial Filings, including Motions in Limine: July 1, 2008
- Opposition to Motions in Limine: July 8, 2008
- Pretrial Conference: July 15, 2008
- Trial Date: August 25, 2008

4. The plaintiffs' lead trial counsel, Robert Infelise, has a family commitment in late August 2008 that conflicts with the August 25, 2008 trial date. His youngest child will be going off to college on the East Coast the week before. He would like to be able to accompany his daughter and wife back East, but will be unable to do so if he must prepare for a trial on August 25.

5. The plaintiffs have not previously requested a continuance of any court date.

///

///

///

///

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO
48041\116613v2

- 2 -

CASE NO. 05-01010 MMC
SECOND STIPULATION TO CONTINUE TRIAL DATE
AND HEARING ON SJM; [PROPOSED] ORDER

**TERMS**

Based on these facts, the plaintiffs and the defendant agree:

1. To extend the dates listed in paragraph 3 above by one month and to propose the following revised schedule:

- Summary Judgment Hearing – July 18, 2008
- Pretrial Filings and Motions in Limine   August 5, 2008
- Opposition to Motion in Limine   August 12, 2008
- Pretrial Conference   August 19, 2008
- Trial – September 29, 2008

February 20, 2008

Cox, Castle & Nicholson LLP

By: _____
Robert D. Infelise
Attorneys for the plaintiffs,
DR Management, LLC; DR Acquisitions I, LLC;
DR Holdings, LLC; Jennifer Lin; Frederick Lin;
and Kevin Lin

February 20, 2008

UNITED STATES ATTORNEY
Joseph P. Russoniello , Esq.
Robert J. Higgins, Esq.
Bart D. Jeffress, Esq.

By: _____
Robert J. Higgins
Attorneys for the defendant
United States of America

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\116613v2

- 3 -

CASE NO. 05-01010 MMC
SECOND STIPULATION TO CONTINUE TRIAL DATE
AND HEARING ON SJM; [PROPOSED] ORDER

Received  Feb-20-2008  11:19am  From-                    To-COX,CASTLE&NICHOLSON  Page 002

# ORDER

Pursuant to the stipulation of counsel, it is so ordered.

Date: _____February 21_____, 2008

The Honorable Maxine M. Chesney

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
SAN FRANCISCO

48041\116613v2

- 4 -

CASE NO. 05-01010 MMC
SECOND STIPULATION TO CONTINUE TRIAL DATE
AND HEARING ON SJM; [PROPOSED] ORDER