1   Robert D. Infelise (California State Bar No. 93876)
    Peter M. Morrisette (California State Bar No. 209190)
2   Cox, Castle & Nicholson LLP
    555 California Street, 10th Floor
3   San Francisco, California  94104-1513
    Telephone:     (415) 392-4200
4   Facsimile:     (415) 392-4250
    Email: rinfelise@coxcastle.com
5
    Attorneys for the plaintiffs,
6   DR Management, LLC; DR Acquisitions I, LLC; DR Holdings,
    LLC; Jennifer Lin; Frederick Lin; and Kevin Lin
7
    Joseph P. Russoniello (California State Bar 44332)
8   United States Attorney
    Thomas Moore (ASBN 4305-T780)
9   Assistant United States Attorney, Chief, Tax Division
    Cynthia Stier (District of Columbia Bar No. 423256)
10  Assistant United States Attorney
    10th Floor Federal Building
11  450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
12  Telephone:  (415) 436-7000; Facsimile:  (415) 436-6748

13  Robert J. Higgins (District of Columbia Bar No. 242966)
    Trial Attorney, U.S. Department of Justice
14  Bart D. Jeffress (Connecticut Bar No. 419184)
    Trial Attorney, U.S. Department of Justice
15  555 4th Street., N.W., Room 8816
    Washington, D.C.  20001
16  Telephone:  (202) 307-6580; Facsimile:  (202) 514-9440
    Email:  robert.j.higgins@usdoj.gov
17
    Attorneys for the defendant
18  United States of America

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                 SAN FRANCISCO DIVISION

22

DR MANAGEMENT, LLC, *et al.*,          Case No. 05-01010 MMC
23
                  Plaintiffs,
24                                         THIRD STIPULATION TO CONTINUE
            vs.                            TRIAL DATE AND SUMMARY
25                                         JUDGMENT MOTION HEARING DATE;
UNITED STATES OF AMERICA, *et al.*,        ~~PROPOSED~~ ORDER
26
                  Defendants.
27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO    48041\123522v1                - 1 -

CASE NO. 05-01010 MMC
THIRD STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

This stipulation between the plaintiffs (DR Management, LLC; DR Acquisitions, LLC; DR Holdings, LLC; Jennifer Lin; Frederick Lin; and Kevin Lin) and the defendant (the United States of America) is based on the following facts:

**RECITALS**

1.      On February 7, 2008, the plaintiffs and the defendant filed a stipulation (Document 145) (i) notifying this Court that the parties had reached a tentative settlement and (ii) requesting that this Court continue the trial date and summary judgment hearing no less than four months so at to provide the defendant with sufficient time to secure the necessary approvals from the Department of Justice and the Internal Revenue Service and prepare the settlement papers.

2.      On February 8, 2008, this Court issued an order (Document 146) approving in part the stipulation to continue the trial date and summary judgment hearing date, and set the following revised calendar in this action:

- Summary Judgment Motion Hearing: June 20, 2008
- Pretrial Filings, including Motions in Limine: July 1, 2008
- Opposition to Motions in Limine: July 8, 2008
- Pretrial Conference: July 15, 2008
- Trial Date: August 25, 2008

3.      On February 20, 2008, the plaintiffs and the defendant filed a stipulation (Document 147) (i) notifying this Court of a conflict that the plaintiffs' lead lawyer, Robert D. Infelise, had with the schedule adopted by this Court.  On February 21, 2008, this Court issued an Order (Document 148) approving the stipulation and set the following revised calendar in this action:

- Summary Judgment Motion Hearing: July 18, 2008
- Pretrial Filings, including Motions in Limine: August 5, 2008
- Opposition to Motions in Limine: August 12, 2008
- Pretrial Conference: August 19, 2008
- Trial Date: September 29, 2008

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

48041\123522v1

- 2 -

CASE NO. 05-01010 MMC
THIRD STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

1    4.    Since February 7, 2008, the parties have been diligently working toward

2    finalizing and upon government approval for the tentative settlement.  Specifically, the plaintiffs have

3    been responding to the Internal Revenue Service's requests for additional documents related to the

4    tentative settlement.  The United States of America, on the other hand, has been diligently (i)

5    analyzing documents produced by the plaintiffs both before and after reaching a tentative agreement

6    and (ii) obtaining approvals from the various officials who must approve it.  As this Court is aware,

7    any settlement must be reviewed by several officials within the Department of Justice, culminating

8    with final review and approval by the Associate Attorney General of the United States.  To date, the

9    settlement has been reviewed and recommended by the Western Region of the Civil Trial Section of

10   the Tax Division, and reviewed by the Tax Division's Office of Review and forwarded to the Tax

11   Division's Acting Assistant Attorney General.  Once he has approved the settlement, it must be

12   forwarded to the Associate Attorney General for final approval.

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
SAN FRANCISCO    48041\123522v1    - 3 -    CASE NO. 05-01010 MMC
THIRD STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

**TERMS**

Based on these facts, the plaintiffs and the defendant agree to the following schedule:

- Summary Judgment Hearing – August 19, 2008
- Pretrial Filings and Motions in Limine – September 5, 2008
- Opposition to Motion in Limine – September 12, 2008
- Pretrial Conference – September 19, 2008
- Trial – October 29, 2008

July 2, 2008                                Cox, Castle & Nicholson LLP


                                            By:   /s/ Robert D. Infelise
                                            Robert D. Infelise
                                            Attorneys for the plaintiffs,
                                            DR Management, LLC; DR Acquisitions I, LLC;
                                            DR Holdings, LLC; Jennifer Lin; Frederick Lin;
                                            and Kevin Lin

July 1, 2008                                United States Attorney
                                            Joseph P. Russoniello, Esq.
                                            Robert J. Higgins, Esq.
                                            Bart D. Jeffress, Esq.


                                            By:   /s/ Robert J. Higgins
                                            Robert J. Higgins
                                            Attorneys for the defendant
                                            United States of America


## ORDER

Pursuant to the stipulation of counsel, ~~it is so ordered.~~ the Court finds good cause for the requested continuance.  The specific dates proposed by the parties, however, require adjustment in light of the Court's calendar.

Accordingly, the Court continues the remaining dates, as follows:

Summary Judgment Hearing – August 29, 2008, at 9:00 a.m.

Pretrial Filing and Motions in Limine – September 19, 2008

Opposition to Motions in Limine – September 26, 2008

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

48041\123522v1                          - 4 -

CASE NO. 05-01010 MMC
THIRD STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

1    Pretrial Conference – October 7, 2008, at 3:00 p.m.

2    Trial – October 20, 2008, at 9:00 a.m.

3

4    Date: ___July 3_____, 2008

5                                        The Honorable Maxine M. Chesney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
48041\123522v1                          - 5 -

CASE NO. 05-01010 MMC
THIRD STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER