1  Robert D. Infelise (California State Bar No. 93876)
   Peter M. Morrisette (California State Bar No. 209190)
2  Cox, Castle & Nicholson LLP
   555 California Street, 10th Floor
3  San Francisco, California  94104-1513
   Telephone:     (415) 392-4200
4  Facsimile:     (415) 392-4250
   Email: rinfelise@coxcastle.com
5
   Attorneys for the plaintiffs,
6  DR Management, LLC; DR Acquisitions I, LLC; DR Holdings,
   LLC; Jennifer Lin; Frederick Lin; and Kevin Lin
7
   Joseph P. Russoniello (California State Bar 44332)
8  United States Attorney
   Thomas Moore (ASBN 4305-T780)
9  Assistant United States Attorney, Chief, Tax Division
   Cynthia Stier (District of Columbia Bar No. 423256)
10 Assistant United States Attorney
   10th Floor Federal Building
11 450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
12 Telephone:  (415) 436-7000; Facsimile:  (415) 436-6748

13 Robert J. Higgins (District of Columbia Bar No. 242966)
   Trial Attorney, U.S. Department of Justice
14 Bart D. Jeffress (Connecticut Bar No. 419184)
   Trial Attorney, U.S. Department of Justice
15 555 4th Street., N.W., Room 8816
   Washington, D.C.  20001
16 Telephone:  (202) 307-6580; Facsimile:  (202) 514-9440
   Email:  robert.j.higgins@usdoj.gov
17
   Attorneys for the defendant
18 United States of America

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

22

23 **DR MANAGEMENT, LLC,** *et al.*,              **Case No. 05-01010 MMC**

24                Plaintiffs,

25                vs.                              **FOURTH STIPULATION TO CONTINUE
                                                   TRIAL DATE AND SUMMARY
                                                   JUDGMENT MOTION HEARING DATE;**
26 **UNITED STATES OF AMERICA,** *et al.*,        ~~**PROPOSED**~~ **ORDER**

                   Defendants.
27

28

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO
48041\126329v2                          - 1 -              CASE NO. 05-01010 MMC
                                                           FOURTH STIPULATION TO CONTINUE TRIAL DATE
                                                           AND HEARING ON SJM; [PROPOSED] ORDER

This stipulation between the plaintiffs (DR Management, LLC; DR Acquisitions, LLC; DR Holdings, LLC; Jennifer Lin; Frederick Lin; and Kevin Lin) and the defendant (the United States of America) is based on the following facts:

**RECITALS**

1. On February 7, 2008, the plaintiffs and the defendant filed a stipulation (Document 145) (i) notifying this Court that the parties had reached a tentative settlement and (ii) requesting that this Court continue the trial date and summary judgment hearing no less than four months so at to provide the defendant with sufficient time to secure the necessary approvals from the Department of Justice and the Internal Revenue Service and prepare the settlement papers.

2. On February 8, 2008, this Court issued an order (Document 146) approving in part the stipulation to continue the trial date and summary judgment hearing date, and set the following revised calendar in this action:

- Summary Judgment Motion Hearing: June 20, 2008
- Pretrial Filings, including Motions in Limine: July 1, 2008
- Opposition to Motions in Limine: July 8, 2008
- Pretrial Conference: July 15, 2008
- Trial Date: August 25, 2008

3. On February 20, 2008, the plaintiffs and the defendant filed a stipulation (Document 147) notifying this Court of a conflict that the plaintiffs' lead lawyer, Robert D. Infelise, had with the schedule adopted by this Court. On February 21, 2008, this Court issued an Order (Document 148) approving the stipulation and set the following revised calendar in this action:

- Summary Judgment Motion Hearing: July 18, 2008
- Pretrial Filings, including Motions in Limine: August 5, 2008
- Opposition to Motions in Limine: August 12, 2008
- Pretrial Conference: August 19, 2008
- Trial Date: September 29, 2008

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

48041\126329v2

- 2 -

CASE NO. 05-01010 MMC
FOURTH STIPULATION TO CONTINUE TRIAL DATE
AND HEARING ON SJM; [PROPOSED] ORDER

4.	On July 2, 2008, the plaintiffs and the defendant filed a stipulation (Document 149) notifying this Court that the plaintiffs needed more time to finalize the settlement and requested an approximately one month extension in the dates adopted by the Court pursuant to its February 21, 2008 Order (Document 148).  On July 3, 2008, this Court issued an Order (Document 150) approving the parties stipulation for an extension and setting forth the following schedule:

- Summary Judgment Motion Hearing: August 29, 2008
- Pretrial Filings and Motions in Limine: September 19, 2008
- Opposition to Motions in Limine: September 26, 2008
- Pretrial Conference: October 7, 2008
- Trial Date: October 20, 2008

5.	Since February 7, 2008, the parties have been diligently working toward finalizing the terms of plaintiffs' offer and government approval for the tentative settlement.  Specifically, the plaintiffs have been responding to the Internal Revenue Service's and the Department of Justice's requests for additional documents related to the tentative settlement.  The United States of America, on the other hand, has been diligently (i) analyzing documents produced by the plaintiffs both before and after reaching a tentative agreement and (ii) obtaining approvals from the various officials who must approve it.  As this Court is aware, any settlement must be reviewed by several officials within the Department of Justice, culminating with final review and approval by the Associate Attorney General of the United States.  To date, the settlement has been reviewed and recommended by the Western Region of the Civil Trial Section of the Tax Division, and reviewed by the Tax Division's Office of Review and forwarded to the Tax Division's Acting Assistant Attorney General for this matter.  If he approves the settlement, it would then be forwarded to the Associate Attorney General for his consideration.  In addition, the Internal Revenue Service is reviewing and analyzing the tax information provided the plaintiffs for multiple tax years and it needs more time to complete this review.  The parties believe that 3 months are needed to finalize this review and execute the settlement.

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO

48041\126329v2

- 3 -

CASE NO. 05-01010 MMC
FOURTH STIPULATION TO CONTINUE TRIAL DATE
AND HEARING ON SJM; [PROPOSED] ORDER

**TERMS**

Based on these facts, the plaintiffs and the defendant agree to the following schedule:

- Summary Judgment Hearing – January 19, 2009
- Pretrial Filings and Motions in Limine – February 5, 2009
- Opposition to Motion in Limine – February 12, 2009
- Pretrial Conference – February 19, 2009
- Trial – March 25, 2009

August 20, 2008                    Cox, Castle & Nicholson LLP

                                   By: /s/ Robert D. Infelise
                                       Robert D. Infelise
                                       Attorneys for the plaintiffs,
                                       DR Management, LLC; DR Acquisitions I, LLC;
                                       DR Holdings, LLC; Jennifer Lin; Frederick Lin;
                                       and Kevin Lin

August 20, 2008                    United States Attorney
                                   Joseph P. Russoniello, Esq.
                                   Robert J. Higgins, Esq.
                                   Bart D. Jeffress, Esq.


                                   By: /s/ Robert J. Higgins
                                       Robert J. Higgins
                                       Attorneys for the defendant
                                       United States of America

**ORDER**

Pursuant to the stipulation of counsel, ~~it is so ordered.~~ and good cause appearing for a continuance, the remaining dates and deadlines are continued as follows:

   Summary Judgment Hearing  -  January 23, 2009
   Pretrial Filings and Motions in Limine  -  February 10, 2009
   Oppositions to Motions in Limine  -  February 17, 2009
   Pretrial Conference - March 3, 2009
   Trial - March 23, 2009

Date: August 21, 2008

                                   _____
                                   The Honorable Maxine M. Chesney

LAW OFFICES OF
**COX, CASTLE &**
**NICHOLSON LLP**
SAN FRANCISCO

48041\126329v2                    - 4 -

CASE NO. 05-01010 MMC
FOURTH STIPULATION TO CONTINUE TRIAL DATE
AND HEARING ON SJM; [PROPOSED] ORDER