1  Robert D. Infelise (California State Bar No. 93876)
   Peter M. Morrisette (California State Bar No. 209190)
2  Cox, Castle & Nicholson LLP
   555 California Street, 10th Floor
3  San Francisco, California  94104-1513
   Telephone:     (415) 392-4200
4  Facsimile:     (415) 392-4250
   Email: rinfelise@coxcastle.com
5
   Attorneys for the plaintiffs,
6  DR Management, LLC; DR Acquisitions I, LLC; DR Holdings,
   LLC; Jennifer Lin; Frederick Lin; and Kevin Lin
7
   Joseph P. Russoniello (California State Bar 44332)
8  United States Attorney
   Thomas Moore (ASBN 4305-T780)
9  Assistant United States Attorney, Chief, Tax Division
   Cynthia Stier (District of Columbia Bar No. 423256)
10 Assistant United States Attorney
   10th Floor Federal Building
11 450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
12 Telephone:  (415) 436-7000; Facsimile:  (415) 436-6748

13 Robert J. Higgins (District of Columbia Bar No. 242966)
   Trial Attorney, U.S. Department of Justice
14 Bart D. Jeffress (Connecticut Bar No. 419184)
   Trial Attorney, U.S. Department of Justice
15 555 4th Street., N.W., Room 8816
   Washington, D.C.  20001
16 Telephone:  (202) 307-6580; Facsimile:  (202) 514-9440
   Email:  robert.j.higgins@usdoj.gov
17
   Attorneys for the defendant
18 United States of America

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21              SAN FRANCISCO DIVISION

22

23 **DR MANAGEMENT, LLC,** *et al.,*          | **Case No. 05-01010 MMC**

24            Plaintiffs,

25     vs.                                     **FIFTH STIPULATION TO CONTINUE
                                                TRIAL DATE AND SUMMARY
26 **UNITED STATES OF AMERICA,** *et al.,*      JUDGMENT MOTION HEARING DATE;
                                                ~~PROPOSED~~ ORDER
27            Defendants.

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\131609v1                    - 1 -                CASE NO. 05-01010 MMC
                                                       FIFTH STIPULATION TO CONTINUE TRIAL DATE AND
                                                       HEARING ON SJM; [PROPOSED] ORDER

1    This stipulation between the plaintiffs (DR Management, LLC; DR Acquisitions, LLC;

2    DR Holdings, LLC; Jennifer Lin; Frederick Lin; and Kevin Lin) and the defendant (the United States

3    of America) is based on the following facts:

4    **RECITALS**

5    1.    On February 7, 2008, the plaintiffs and the defendant filed a stipulation

6    (Document 145) (i) notifying this Court that the parties had reached a tentative settlement and (ii)

7    requesting that this Court continue the trial date and summary judgment hearing no less than four

8    months so at to provide the defendant with sufficient time to secure the necessary approvals from the

9    Department of Justice and the Internal Revenue Service and prepare the settlement papers.

10    2.    On February 8, 2008, this Court issued an order (Document 146) approving in

11    part the stipulation to continue the trial date and summary judgment hearing date, and set the

12    following revised calendar in this action:

13    • Summary Judgment Motion Hearing: June 20, 2008

14    • Pretrial Filings, including Motions in Limine: July 1, 2008

15    • Opposition to Motions in Limine: July 8, 2008

16    • Pretrial Conference: July 15, 2008

17    • Trial Date: August 25, 2008

18    3.    On February 20, 2008, the plaintiffs and the defendant filed a stipulation

19    (Document 147) notifying this Court of a conflict that the plaintiffs' lead lawyer, Robert D. Infelise,

20    had with the schedule adopted by this Court.  On February 21, 2008, this Court issued an Order

21    (Document 148) approving the stipulation and set the following revised calendar in this action:

22    • Summary Judgment Motion Hearing: July 18, 2008

23

24    • Pretrial Filings, including Motions in Limine: August 5, 2008

25    • Opposition to Motions in Limine: August 12, 2008

26    • Pretrial Conference: August 19, 2008

27    • Trial Date: September 29, 2008

28

LAW OFFICES OF
**COX, CASTLE &
NICHOLSON LLP**
SAN FRANCISCO        48041\131609v1        - 2 -

CASE NO. 05-01010 MMC
FIFTH STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

4.      On July 2, 2008, the plaintiffs and the defendant filed a stipulation (Document 149) notifying this Court that the parties needed more time to finalize the settlement and requested an approximately one month extension in the dates adopted by the Court pursuant to its February 21, 2008 Order (Document 148).  On July 3, 2008, this Court issued an Order (Document 150) approving the parties stipulation for an extension and setting forth the following schedule:

- Summary Judgment Motion Hearing: August 29, 2008
- Pretrial Filings and Motions in Limine: September 19, 2008
- Opposition to Motions in Limine: September 26, 2008
- Pretrial Conference: October 7, 2008
- Trial Date: October 20, 2008

5.      On August 20, 2008, the plaintiffs and the defendant filed a stipulation (Document 151) again notifying this Court that the parties needed more time to finalize the settlement. On August 21, 2008, this Court issued an Order (Document 152) approving the parties stipulation for an extension and setting forth the following schedule:

- Summary Judgment Motion Hearing: January 23, 2009
- Pretrial Filings and Motions in Limine: February 10, 2009
- Opposition to Motions in Limine: February 17, 2009
- Pretrial Conference: March 3, 2009
- Trial Date: March 23, 2009

6.      The parties continue to diligently work toward finalizing the terms of plaintiffs' offer and the government's approval for the tentative settlement.  The plaintiffs have been working closely with the Internal Revenue Service and the Department of Justice in responding to requests for additional documents related to the tentative settlement and computation of the amount of taxes owed. As noted in the Fourth Stipulation, the Internal Revenue Service is reviewing and analyzing the tax information provided by the plaintiffs for multiple tax years.  This process has taken longer than anticipated because of the number of tax years and the volume of documents involved.  The parties are

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\131609v1                          - 3 -

CASE NO. 05-01010 MMC
FIFTH STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

1   working cooperatively and in good faith to quickly complete this review.

2          7.          Also as noted in the Fourth Stipulation, the United States of America is

3   diligently working to obtain approvals from the various officials who must approve the settlement.  As

4   this Court is aware, any settlement must be reviewed by several officials within the Department of

5   Justice, culminating with final review and approval by the Associate Attorney General of the United

6   States.  To date, the settlement has been reviewed and recommended by the Western Region of the

7   Civil Trial Section of the Tax Division, and reviewed by the Tax Division's Office of Review and

8   forwarded to the Tax Division's Acting Assistant Attorney General for this matter.  If he approves the

9   settlement, it would then be forwarded to the Associate Attorney General for his consideration.

10          8.          The parties appreciate the Court's patience as the parties work to finalize the

11   settlement and request an extension of an additional three months.

12   **TERMS**

13   Based on these facts, the plaintiffs and the defendant agree to the following schedule:

14
15   • Summary Judgment Hearing – April 23, 2009

16   • Pretrial Filings and Motions in Limine –  May 11, 2009

17   • Opposition to Motion in Limine – May 18, 2009

18   • Pretrial Conference – June 3, 2009

19   • Trial – June 25, 2009

20
21
22
23
24
25
26
27
28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\131609v1

- 4 -

CASE NO. 05-01010 MMC
FIFTH STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

1  December 19, 2008                    Cox, Castle & Nicholson LLP

2
                                        By:  /s/ Robert D. Infelise
3                                            Robert D. Infelise
                                             Attorneys for the plaintiffs,
4                                            DR Management, LLC; DR Acquisitions I, LLC;
                                             DR Holdings, LLC; Jennifer Lin; Frederick Lin;
5                                            and Kevin Lin

6  December 19, 2008                    United States Attorney
                                        Joseph P. Russoniello, Esq.
7                                       Robert J. Higgins, Esq.
                                        Bart D. Jeffress, Esq.
8
9                                       By:  /s/ Robert J. Higgins
                                             Robert J. Higgins
10                                           Attorneys for the defendant
                                             United States of America
11

12

13                                         **ORDER**

14        Pursuant to the stipulation of counsel, it is so ordered, with the exception that the
   Summary Judgment Hearing is continued to April 24, 2009, the Pretrial Conference is continued to June
15 2, 2009, and the Trial is continued to June 22, 2009.

16

17 Date: December 22 __, 2008

18                                      The Honorable Maxine M. Chesney

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
48041\131609v1                              - 5 -

CASE NO. 05-01010 MMC
FIFTH STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER