1  Robert D. Infelise (California State Bar No. 93876)
   Peter M. Morrisette (California State Bar No. 209190)
2  Cox, Castle & Nicholson LLP
   555 California Street, 10th Floor
3  San Francisco, California 94104-1513
   Telephone:   (415) 392-4200
4  Facsimile:   (415) 392-4250
   Email: rinfelise@coxcastle.com
5
   Attorneys for the plaintiffs,
6  DR Management, LLC; DR Acquisitions I, LLC; DR Holdings,
   LLC; Jennifer Lin; Frederick Lin; and Kevin Lin
7
   Joseph P. Russoniello (California State Bar 44332)
8  United States Attorney
   Thomas Moore (ASBN 4305-T780)
9  Assistant United States Attorney, Chief, Tax Division
   Cynthia Stier (District of Columbia Bar No. 423256)
10 Assistant United States Attorney
   10th Floor Federal Building
11 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
12 Telephone: (415) 436-7000; Facsimile: (415) 436-6748

13 Robert J. Higgins (District of Columbia Bar No. 242966)
   Trial Attorney, U.S. Department of Justice
14 Bart D. Jeffress (Connecticut Bar No. 419184)
   Trial Attorney, U.S. Department of Justice
15 555 4th Street., N.W., Room 8816
   Washington, D.C. 20001
16 Telephone: (202) 307-6580; Facsimile: (202) 514-9440
   Email: robert.j.higgins@usdoj.gov
17
   Attorneys for the defendant
18 United States of America

19                UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

22

23 | DR MANGEMENT, LLC, *et al.*,          | Case No. 05-01010 MMC

24 |        Plaintiffs,

25 |        vs.                              | **SIXTH STIPULATION TO CONTINUE TRIAL DATE AND SUMMARY JUDGMENT MOTION HEARING DATE;** ~~PROPOSED~~ **ORDER**

26 | UNITED STATES OF AMERICA, *et al.*,

27 |        Defendants.

28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\136006v1                         - 1 -                    CASE NO. 05-01010 MMC
                                                     SIXTH STIPULATION TO CONTINUE TRIAL DATE AND
                                                        HEARING ON SJM; [PROPOSED] ORDER

This stipulation between the plaintiffs (DR Management, LLC; DR Acquisitions, LLC; DR Holdings, LLC; Jennifer Lin; Frederick Lin; and Kevin Lin) and the defendant (the United States of America) is based on the following facts:

**RECITALS**

1. On February 7, 2008, the plaintiffs and the defendant filed a stipulation (Document 145) (i) notifying this Court that the parties had reached a tentative settlement and (ii) requesting that this Court continue the trial date and summary judgment hearing no less than four months so at to provide the defendant with sufficient time to secure the necessary approvals from the Department of Justice and the Internal Revenue Service and prepare the settlement papers.

2. On February 8, 2008, this Court issued an order (Document 146) approving in part the stipulation to continue the trial date and summary judgment hearing date, and set the following revised calendar in this action:

- Summary Judgment Motion Hearing: June 20, 2008
- Pretrial Filings, including Motions in Limine: July 1, 2008
- Opposition to Motions in Limine: July 8, 2008
- Pretrial Conference: July 15, 2008
- Trial Date: August 25, 2008

3. On February 20, 2008, the plaintiffs and the defendant filed a stipulation (Document 147) notifying this Court of a conflict that the plaintiffs' lead lawyer, Robert D. Infelise, had with the schedule adopted by this Court. On February 21, 2008, this Court issued an Order (Document 148) approving the stipulation and set the following revised calendar in this action:

- Summary Judgment Motion Hearing: July 18, 2008
- Pretrial Filings, including Motions in Limine: August 5, 2008
- Opposition to Motions in Limine: August 12, 2008
- Pretrial Conference: August 19, 2008
- Trial Date: September 29, 2008

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
48041\136006v1

- 2 -

CASE NO. 05-01010 MMC
SIXTH STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

4.  On July 2, 2008, the plaintiffs and the defendant filed a stipulation (Document 149) notifying this Court that the parties needed more time to finalize the settlement and requested an approximately one month extension in the dates adopted by the Court pursuant to its February 21, 2008 Order (Document 148). On July 3, 2008, this Court issued an Order (Document 150) approving the parties stipulation for an extension and setting forth the following schedule:

- Summary Judgment Motion Hearing: August 29, 2008
- Pretrial Filings and Motions in Limine: September 19, 2008
- Opposition to Motions in Limine: September 26, 2008
- Pretrial Conference: October 7, 2008
- Trial Date: October 20, 2008

5.  On August 20, 2008, the plaintiffs and the defendant filed a stipulation (Document 151) again notifying this Court that the parties needed more time to finalize the settlement. On August 21, 2008, this Court issued an Order (Document 152) approving the parties stipulation for an extension and setting forth the following schedule:

- Summary Judgment Motion Hearing: January 23, 2009
- Pretrial Filings and Motions in Limine: February 10, 2009
- Opposition to Motions in Limine: February 17, 2009
- Pretrial Conference: March 3, 2009
- Trial Date: March 23, 2009

6.  On December 19, 2008, the plaintiffs and the defendant filed a stipulation (Document 153) again notifying this Court that the parties needed more time to finalize the settlement. On December 22, 2008, this Court issued an Order (Document 154) approving the parties stipulation for an extension and setting forth the following schedule:

- Summary Judgment Motion Hearing: April 23, 2009
- Pretrial Filings and Motions in Limine: May 11, 2009
- Opposition to Motions in Limine: May 18, 2009

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\136006v1

- 3 -

CASE NO. 05-01010 MMC
SIXTH STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

- Pretrial Conference: June 3, 2009
- Trial Date: June 25, 2009

7. The parties continue to diligently work toward finalizing the terms of plaintiffs' offer and the government's approval for the tentative settlement. The plaintiffs have been working closely with the Internal Revenue Service and the Department of Justice in responding to requests for additional documents related to the tentative settlement and computation of the amount of taxes owed. As noted in the Fifth Stipulation, the Internal Revenue Service has been reviewing and analyzing the tax information provided by the plaintiffs for multiple tax years in order to calculate the amount of taxes owed. The Internal Revenue Service has provided the plaintiffs with its computation and the Internal Revenue Service and the plaintiffs are working to finalize the computation. The parties continue to work cooperatively and in good faith to quickly complete this process.

8. Also as noted in the Fifth Stipulation, the United States of America is diligently working to obtain approvals from the various officials who must approve the settlement. As this Court is aware, any settlement must be reviewed by several officials within the Department of Justice, culminating with final review and approval by the Associate Attorney General of the United States. To date, the settlement has been reviewed and recommended by the Western Region of the Civil Trial Section of the Tax Division, and reviewed by the Tax Division's Office of Review and forwarded to the Tax Division's Acting Deputy Assistant Attorney General for this matter. If he approves the settlement, it would then be forwarded to the Associate Attorney General for his consideration.

9. The Parties recognize that they have asked for and received from this Court several extensions. The parties appreciate the Court's patience as the parties work to finalize the settlement. The process has taken as much time as it has because of the number of tax years involved, the volume of documents requiring review and the complexity of the issues. The parties are working as quickly as possible to finalize the settlement and respectfully ask for another extension of four months.

**TERMS**

Based on these facts, the plaintiffs and the defendant agree to the following schedule:

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
SAN FRANCISCO

48041\136006v1

- 4 -

CASE NO. 05-01010 MMC
SIXTH STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER

- Summary Judgment Hearing – August 24, 2009
- Pretrial Filings and Motions in Limine – September 11, 2009
- Opposition to Motion in Limine – September 18, 2009
- Pretrial Conference – October 5, 2009
- Trial – October 26, 2009

April 8, 2009

Cox, Castle & Nicholson LLP

By: /s/ Robert D. Infelise
Robert D. Infelise
Attorneys for the plaintiffs,
DR Management, LLC; DR Acquisitions I, LLC; DR Holdings, LLC; Jennifer Lin; Frederick Lin; and Kevin Lin

April 8, 2009

United States Attorney
Joseph P. Russoniello, Esq.
Robert J. Higgins, Esq.
Bart D. Jeffress, Esq.

By: /s/ Robert J. Higgins
Robert J. Higgins
Attorneys for the defendant
United States of America

## ORDER

Pursuant to the stipulation of counsel, it is so ordered, with the exception that the hearing on plaintiffs' motion for summary judgment is CONTINUED to August 21, 2009 and the Pretrial Conference is CONTINUED to October 6, 2009.

Date: April 9, 2009

The Honorable Maxine M. Chesney

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\136006v1

- 5 -

CASE NO. 05-01010 MMC
SIXTH STIPULATION TO CONTINUE TRIAL DATE AND
HEARING ON SJM; [PROPOSED] ORDER