Robert D. Infelise (California State Bar No. 93876)
Peter M. Morrisette (California State Bar No. 209190)
Cox, Castle & Nicholson LLP
555 California Street, 10th Floor
San Francisco, California 94104-1513
Telephone: (415) 392-4200
Facsimile: (415) 392-4250
Email: rinfelise@coxcastle.com

Attorneys for the plaintiffs,
DR Management, LLC; DR Acquisitions I, LLC; DR Holdings, LLC; Jennifer Lin; Frederick Lin; and Kevin Lin

Joseph P. Russoniello (California State Bar 44332)
United States Attorney
Thomas Moore (ASBN 4305-T780)
Assistant United States Attorney, Chief, Tax Division
Cynthia Stier (District of Columbia Bar No. 423256)
Assistant United States Attorney
10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000; Facsimile: (415) 436-6748

Robert J. Higgins (District of Columbia Bar No. 242966)
Trial Attorney, U.S. Department of Justice
Bart D. Jeffress (Connecticut Bar No. 419184)
Trial Attorney, U.S. Department of Justice
555 4th Street., N.W., Room 8816
Washington, D.C. 20001
Telephone: (202) 307-6580; Facsimile: (202) 514-9440
Email: robert.j.higgins@usdoj.gov

Attorneys for the defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DR MANAGEMENT, LLC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 05-01010 MMC <br><br> **STIPULATION FOR ENTRY OF JUDGMENT AND** ~~PROPOSED~~ **ORDER** |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\147353v2

CASE NO. 05-01010-MMC
STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER

1  The purpose of this stipulation between the plaintiffs (DR Management, LLC; DR Acquisitions, LLC; DR Holdings, LLC; Jennifer Lin; Frederick Lin; and Kevin Lin) and the defendant (the United States of America) is to inform the Court of the settlement of this TEFRA partnership proceeding in accordance with 26 U.S.C. § 6224(c).  All partners of the plaintiff entities, as well as the individual plaintiffs, who were partners of the entity plaintiffs, agree to the terms of settlement.  Plaintiffs' offer to settle this action has been accepted on behalf of the Attorney General of the United States.

At issue in this TEFRA partnership proceeding, brought pursuant to 26 U.S. § 6226, are the adjustments to the partnership returns of plaintiffs DR Management, LLC, and DR Acquisitions I, LLC,  for the 2000 taxable year, as determined by the Internal Revenue Service and set forth in the Notices of Final Partnership Administrative Adjustments (FPAA) provided the partnerships and partners.  An outright dismissal of this action by the Court is not a viable resolution of this proceeding since 26 U.S.C. § 6226(h) provides that a dismissal of the action "shall be considered as its decision that . . . [the FPAAs] is [are] correct."  To reflect the fact that the settlement reached here is the result of compromises made by all parties, the parties here hereby stipulate and agree to the entry of the following proposed judgment:

### PROPOSED JUDGMENT

The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued on October 15, 2004, with respect tax returns filed by DR Management, LLC, and DR Acquisitions I, LLC, for the taxable year ending December 31, 2000, are sustained except as modified by agreement between the plaintiff Tax Matters Partners and the Tax Division, Department of Justice.

### CONSENT AND CERTIFICATION

The undersigned Tax Matters Partners for DR Management, LLC, and DR Acquisitions I, LLC, by executing this stipulation, consent to the entry of the proposed judgment set forth above and certifies that no party objects, nor does any individual taxpayer affected by this proposed judgment object.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\147353v1

2

48041\ 147353v2 CASE NO. 05-01010-MMC
STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER

| | | |
|---|---|---|
| 1 | July 30, 2009 | DR Management, LLC |
| 2 | | |
| 3 | | By: _[signature]_<br>Frederick Lin<br>Its Tax Matters Partner |
| 4 | | |
| 5 | July 30, 2009 | DR Acquisitions I, LLC |
| 6 | | By: _[signature]_ |
| 7 | | DR Management, LLC<br>Its Tax Matters Partner, by<br>Frederick Lin Tax Matters Partner for DR<br>Management, LLC |
| 8 | | |
| 9 | | |
| 10 | July 30, 2009 | DR Holdings, LLC |
| 11 | | |
| 12 | | By: _[signature]_<br>Frederick Lin<br>Its Tax Matters Partner |
| 13 | | |
| 14 | | |
| 15 | July 30, 2009 | By: _[signature]_<br>Frederick Lin |
| 16 | | |
| 17 | | |
| 18 | July 30, 2009 | By: _[signature]_ by Frederick Lin<br>Jennifer Lin   her attorney in Fact |
| 19 | | |
| 20 | | |
| 21 | July 30, 2009 | By: _[signature]_<br>Kevin Lin |
| 22 | | |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\147353v1

3

48041\ 147353v2CASE NO. 05-01010-MMC
STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER

| | | |
|---|---|---|
| 1 | ~~July~~ Sept. 14, 2009 | Cox, Castle & Nicholson LLP |
| 2 | | |
| 3 | | By: *Robert D. Infelise / PMM*<br>Robert D. Infelise<br>Attorneys for the plaintiffs, |
| 4 | | DR Management, LLC; DR Acquisitions I, LLC;<br>DR Holdings, LLC; Jennifer Lin; Frederick Lin; |
| 5 | | and Kevin Lin |
| 6 | July __, 2009 | United States Attorney |
| 7 | | Joseph P. Russoniello, Esq.<br>Robert J. Higgins, Esq.<br>Bart D. Jeffress, Esq. |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Robert J. Higgins<br>Attorneys for the defendant<br>United States of America |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\147353v1

4

48041\ 147353v2 CASE NO. 05-01010-MMC
STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER

1  ~~July~~ Sept. 14, 2009

Cox, Castle & Nicholson LLP

By: /s/ Robert D. Infelise / PMM
    Robert D. Infelise
    Attorneys for the plaintiffs,
    DR Management, LLC; DR Acquisitions I, LLC;
    DR Holdings, LLC; Jennifer Lin; Frederick Lin;
    and Kevin Lin

6  ~~July~~ September 15, 2009

United States Attorney
Joseph P. Russoniello, Esq.
Robert J. Higgins, Esq.
Bart D. Jeffress, Esq.

By: /s/ Robert J. Higgins
    Robert J. Higgins
    Attorneys for the defendant
    United States of America

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
48041\147353v1

4

48041\ 147353v2 CASE NO. 05-01010-MMC
STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER

**ORDER**

Pursuant to the stipulation of counsel, and the certification of the tax matters partners set forth herein, the Clerk of Court is ordered to enter a Judgment in this matter that states as follows: "The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued on October 15, 2004, with respect tax returns filed by DR Management, LLC, and DR Acquisitions I, LLC, for the taxable year ending December 31, 2000, are sustained except as modified by agreement between the plaintiff Tax Matters Partner and the Tax Division, Department of Justice."

Date: September 16, 2009

*[signature: Maxine M. Chesney]*

The Honorable Maxine M. Chesney

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

48041\147353v1

5

48041\ 147353v2 CASE NO. 05-01010-MMC
STIPULATION FOR ENTRY OF JUDGMENT AND PROPOSED ORDER