IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DR MANAGEMENT, LLC, et al.,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA, et al.,

        Defendants.
_____/

No. CV-05-1010 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    The adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued on October 15, 2004, with respect to tax returns filed by DR Management, LLC, and DR Acquisitions I, LLC, for the taxable year ending December 31, 2000, are sustained except as modified by agreement between the plaintiff Tax Matters Partner and the Tax Division, Department of Justice.

Dated: September 16, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk